# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134290
134291
(92)

MICHAEL SCHILS,
      Plaintiff-Appellant,

v

WASHTENAW COUNTY,
      Defendant-Appellee.
_____/

SC: 134290
COA: 273104
Washtenaw CC: 05-001400-CZ

MICHAEL SCHILS,
      Plaintiff-Appellant,

v

WASHTENAW COUNTY OFFICE OF
THE SHERIFF,
      Defendant-Appellee.
_____/

SC: 134291
COA: 273428
Washtenaw CC: 05-001278-CZ

On order of the Court, the motion for reconsideration of this Court's September 24, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

11119